**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DESHAWN DAWSON, on behalf of himself and all others similarly situated,

Plaintiffs,

-against-

HIRSCHL & ADLER GALLERIES, INC.

Defendant.

Docket No: 1:19-cv-00437-PGG-RWL

**NOTICE OF SETTLEMENT**

Now comes Plaintiff DESHAWN DAWSON, by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and state:

1. A confidential settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and Plaintiffs have received the consideration required pursuant to the Agreement, the parties will submit a Stipulation of Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed with prejudice.

2. The parties respectfully request that the Court stays this case and adjourns all deadlines and conferences.

Dated:   Brooklyn, New York
         April 23, 2019

Respectfully submitted,

By: /s/ Joseph H. Mizrahi
Cohen & Mizrahi LLP
*Attorney for Plaintiff*

1